# United States Bankruptcy Court
## Southern District of Ohio

In re  **David Curtis Rees**
**Kacey Marie Rees**

Case No.

Debtor(s)    Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **June 30, 2026**              **/s/ David Curtis Rees**
                        **David Curtis Rees**
                        Signature of Debtor

Date:  **June 30, 2026**              **/s/ Kacey Marie Rees**
                        **Kacey Marie Rees**
                        Signature of Debtor